**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>　　　　Plaintiff,<br>vs.<br><br>KRG DRAPER CROSSING, LLC, a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　Defendants. | **NOTICE OF SETTLEMENT**<br><br>Case No. 2:18-CV-420-CW<br><br>Judge Clark Waddoups |

　　　Plaintiff Pamela Whitney, by and through her undersigned counsel, hereby gives notice that the parties in this matter have reached a settlement and are in the process of finalizing settlement documents and providing settlement proceeds, which should be accomplished in the next few weeks. Once settlement is complete, Plaintiff will file a notice of voluntary dismissal with the Court.

DATED this 13th day of July, 2018.

                                    FORD & CRANE PLLC

                                    /s/ Matthew B. Crane
                                    Matthew B. Crane (UTB# 13909)
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 13th day of July, 2018, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane